UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x
MARY FINAMORE,                    :   Index No.: 08 Civ. 3657 (JSR)
                                  :
                Plaintiff,        :
                                  :
        -against-                 :   **CONSENT TO CHANGE ATTORNEYS**
                                  :
ATLANTIC PARATRANS and JOHN       :
CIANCIOTTA,                       :
                                  :
                Defendants,       :
------------------------------x

**IT IS HEREBY STIPULATED AND AGREED** that Schindel, Farman, Lipsius, Gardner & Rabinovich, LLP, 14 Penn Plaza, Suite 500, New York, New York 10122, be substituted as attorneys of record for defendants Atlantic Paratrans and John Cianciotta, in the above-entitled action in place and stead of Silverman Sclar Shin & Byrne of the date hereof.

**IT IS FURTHER CONSENTED** that a fax signature shall have the same force and effect as an original.

Dated: New York, New York
       May 22, 2008

SILVERMAN SCLAR SHIN & BYRNE                SCHINDEL, FARMAN, LIPSIUS,
                                              GARDNER & RABINOVICH, LLP

By: _____               By: _____
                                                 Lorienton N.A. Palmer
381 Park Avenue, Suite 1601                 14 Penn Plaza, Suite 500
New York, NY 10016                          New York, New York 10122
Telephone No. 212-779-8600                  Telephone No.: (212) 563-1710

ATLANTIC PARATRANS

By: _____