UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARY FINAMORE,

                Plaintiffs,

vs.

ATLANTIC PARATRANS and JOHN CIANCIOTTA

                Defendants.

08 Civ. 3657 (JSR)

**RULE 7.1 Statement**

---

      Pursuant to Rule 7.1 of the F.R.C.P, and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned counsel of record for defendant, Atlantic Paratrans, Inc., certifies that Atlantic Paratrans, Inc., is a wholly owned subsidiary of Atlantic Express Transportation Corp., which is a wholly owned subsidiary of Atlantic Transportation Group Inc., and that to the knowledge of defendant, there is no publicly held corporation which beneficially owns 10% or more of the stock of Atlantic Paratrans, Inc., Atlantic Express Transportation Corp. or Atlantic Transportation Group Inc.

Dated: New York, New York
       June 3, 2008

                              SCHINDEL, FARMAN, LIPSIUS
                              GARDNER & RABINOVICH, LLP
                              Attorneys for Defendants

            By: _____
                      Lorienton N.A. Palmer (LP 3934)
                      14 Penn Plaza -Suite 500
                      (225 West 34th Street)
                      New York, New York 10122
                      (212) 563-1710
                      File No. 2814.9999

TO: POPKIN & POPKINJ, LLP.
   Attorneys for Plaintiff Mary Finamore
   209 West 97th Street- Suite 7(C)
   212) 662-2969